UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :

BRIAN NOVAK,

                                               :            **ORDER**

                              **Plaintiff,**

                                               :            07 Civ. 8435 (SAS)

               - against -

                                               :

COMMISSIONER OF SOCIAL SECURITY,

                                               :

                              **Defendant.**
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties shall submit a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) in accordance with the following briefing schedule:

       Plaintiff's Motion by April 11, 2008

       Commissioner's Opposition by May 9, 2008

       Plaintiff's Reply by May 30, 2008

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
            March 6, 2008

Returned to chambers for scanning on 3/7/08
Scanned by chambers on _____

## - Appearances -

**For Plaintiff:**

Lewis Bart Insler, Esq.
Insler & Hermann, LLP
80 Grasslands Road, Suite 102
Elmsford, New York 10523
(914) 286-3030

**For Defendant:**

Susan Baird
United States Attorney's Office
Civil Division
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2713