

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRIAN NOVAK,

                Plaintiff,            07 **CIVIL** 8435 (SAS)

   -against-                             **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.           **SCANNED**
------------------------------------------------------------X

      Both parties having moved for judgment on the pleadings, and the said motions having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court thereafter, on July 24, 2008 having rendered its Opinion and Order denying Novak's motion and granting the Commissioner's motion, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated July 24, 2008, Novak's motion is denied and the Commissioner's motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
          August 29, 2008

                                                **J. MICHAEL McMAHON**
                                                  **Clerk of Court**
                                BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____